THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

*E-FILED 4/25/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  C 06-515 RS |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| LILLIE MAE SMITH, Trustee, QUENTIN H. SMITH, Trustee, | |
| Defendants. | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for one year(s) from the

date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year(s) after the date hereof.

Date:  April 25, 2006                                       Date: April 24, 2006

_S/Thomas N. Stewart, III_____                   __S/Trevor J. Zink___
Attorney for Plaintiff                                        Attorney for Defendants
                                                                       Sweeny, Mason, Wilson & Bosomworth
                                                                       983 University Avenue, Suite 104C
                                                                       Los Gatos, Ca 95032-7637

I, Thomas N. Stewart, III, hereby attest that I have in my possession the holographic signature of Trevor J. Zink to this document.

April 25, 2006

                                   S/Thomas N. Stewart, III
                                        Attorney for Plaintiff

IT IS SO ORDERED:

Date:   April 25, 2006                    _____
                                                                   Judge